```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                          CASE NO. 04 B 39014
   JAMES P FITZMAURICE
   VIRGIE B FITZMAURICE                         CHAPTER 13

                                                JUDGE: MANUEL BARBOSA
       Debtor
   SSN XXX-XX-3084    SSN XXX-XX-8122
```

---
                   TRUSTEE'S FINAL REPORT AND ACCOUNT
---

   Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

   1.  The case was filed on 10/20/04 and confirmed on 12/14/04.

   2.  The case was dismissed after confirmation, 07/17/2008.

   3.  The Debtor paid a total of $  31225.00 .

   4.  The Trustee made disbursements to creditors as follows:

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---:|---:|---:|
| CITIFINANCIAL | SECURED | .00 | .00 | .00 |
| CITIFINANCIAL | MORTGAGE ARRE | 617.58 | .00 | 617.58 |
| ILLINOIS TITLE LOANS | SECURED | 2968.00 | 334.05 | 2968.00 |
| MORTGAGE CLEARING CORP | CURRENT MORTG | .00 | .00 | .00 |
| MORTGAGE CLEARING CORP | MORTGAGE ARRE | 2035.57 | .00 | 2035.57 |
| ONYX ACCEPTANCE | SECURED | 10971.44 | 1225.93 | 10971.44 |
| INTERNAL REVENUE SERVICE | PRIORITY | 6166.65 | .00 | 5292.48 |
| ALL FINANCIAL INC | UNSECURED | NOT FILED | .00 | .00 |
| AMERICASH LOANS | UNSECURED | 446.14 | .00 | 208.44 |
| AMERICASH LOANS | UNSECURED | 1074.05 | .00 | 501.81 |
| CAPITAL ONE FINANCIAL | UNSECURED | NOT FILED | .00 | .00 |
| CAPITAL ONE FINANCIAL | UNSECURED | NOT FILED | .00 | .00 |
| CHECK N GO OF ILLINOIS | UNSECURED | NOT FILED | .00 | .00 |
| CHECK N GO OF ILLINOIS I | UNSECURED | 850.15 | .00 | 397.20 |
| CHECK PRO FINANCIAL | UNSECURED | NOT FILED | .00 | .00 |
| ROUNDUP FUNDING LLC | UNSECURED | 1080.66 | .00 | 504.90 |
| FIRST CONSUMERS NATL BAN | UNSECURED | 421.26 | .00 | 196.81 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 688.10 | .00 | 321.48 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 501.74 | .00 | 234.42 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 305.08 | .00 | 142.54 |

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---:|---:|---:|
| MERRICK BANK | UNSECURED | NOT FILED | .00 | .00 |
| MERRICK BANK | UNSECURED | 847.33 | .00 | 395.88 |
| PAYDAY LOAN | UNSECURED | NOT FILED | .00 | .00 |
| PAYDAY LOAN | UNSECURED | NOT FILED | .00 | .00 |
| MORTGAGE CLEARING CORP | SECURED | .00 | .00 | .00 |
| INTERNAL REVENUE SERVICE | UNSECURED | 2.28 | .00 | .00 |
| RESURGENT CAPITAL SERVIC | UNSECURED | 2493.11 | .00 | 1164.82 |

Summary of disbursements:

```
------------------------------------------------------------------------
                      SECURED    PRIORITY   UNSECURED      OTHER      TOTAL
------------------------------------------------------------------------
TOTAL CLMS ALLOWED   16592.59     6166.65     8709.90        .00   31469.14
PRINCIPAL PAID       16592.59     5292.48     4068.30        .00   25953.37
INTEREST PAID         1559.98         .00         .00        .00    1559.98
TOTAL PAID           18152.57     5292.48     4068.30        .00   27513.35
```

The Debtor's attorney, BRADLEY COVEY                      , was allowed $   2997.50
and was paid $    606.00  direct and $   2391.50   through the plan.

The Trustee received $   1320.15 .

Refunds to the Debtor totaled $        .00 .

   Wherefore, the Trustee requests an order be entered discharging
the Trustee and the surety on his bond from any further liability
in this case.


   Dated: 10/08/08                  /S/
                                    GLENN STEARNS
                                    CHAPTER 13 TRUSTEE




                              PAGE   2
       CASE NO.  04 B 39014 JAMES  P FITZMAURICE & VIRGIE B FITZMAURICE